IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZECKEYA PERRY**                                                                                       **PLAINTIFF**
**ADC #156241**

v.                                   **4:20-cv-00052-JM-JJV**

**IVORY McDANIEL, Lieutenant,**
**Shift Supervisor;** *et al*.                                                                       **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition, filed by Magistrate Judge Joe J. Volpe, for the dismissal of Mr. Perry's claims. After careful review of the Recommendation, Mr. Perry's timely objections, as well as a de novo review of the record, the Court approves and adopts the Recommendation in all respects.

IT IS THEREFORE ORDERED that:

Mr. Perry's Motion for Default against Defendant Nicola Kelly (Doc. No. 90) is DENIED. Mr. Perry's Motion for Summary Judgment (Doc. No. 96) is DENIED. Defendants' Motion for Summary Judgment (Doc. No. 105) is GRANTED. Mr. Perry's claims against Defendants are DISMISSED with prejudice. This case is CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 29th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE