# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ZECKEYA PERRY**  **PLAINTIFF**
**ADC #156241**

v.  4:20-cv-00052-JM-JJV

**IVORY McDANIEL, Lieutenant,**
**Shift Supervisor;** *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, judgment is entered for Defendants and this case is DISMISSED, with prejudice. All relief sought is denied, and the case is CLOSED. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 29th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE